wherein the argument was made that the sections were irreconcilable, we used the generally accepted rules of statutory construction applicable in these circumstances and found that effect could be given to each section. No useful purpose can be achieved in reviewing our reasons, set forth at length in the Chappuis case. The decisions of this Court relied on by respondent announce a rule which is not apposite to the facts of this case, and they are therefore neither pertinent nor controlling.

For the reasons assigned, the judgment appealed from is affirmed.

MOISE, J., absent.

FOURNET, Chief Justice.

This appeal involves the right of respondent, J. Allen Norris, to hold the office of Mayor of the City of West Monroe, his commission having issued upon appointment by the Governor, on September 8, 1952, to fill an unexpired term of more than one year, and presents for review the identical issues considered and disposed of in the case of State ex rel. Fudickar v. Heard, 223 La. 127, 65 So.2d 112. The views there expressed are controlling here.

For those reasons, the judgment appealed from is affirmed.

MOISE, J., absent.

65 So.2d 115

**STATE of Louisiana ex rel. Fred FUDICK-AR, Jr., Dist. Atty. v. J. Allen NORRIS.**

No. 41141.

April 15, 1953.

Albin P. Lassiter, Monroe, for appellant-defendant.

Gravel & Downs, Alexandria, for relator-appellee.

65 So.2d 115

**MICHEL v. EFFERSON et al.**

No. 40201.

Nov. 10, 1952.

On Rehearing March 23, 1953.

Rehearing Denied April 27, 1953.